452 A.2d 1019

**Joyce Lynn McKAY, Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1982.

Decided Dec. 10, 1982.

Lawrence H. Rudnick, Philadelphia, for appellant.

Harold Cramer, Asst. Atty. Gen., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted. 52 Pa.Cmwlth. 24, 415 A.2d 910.

LARSEN, J., dissents and would reach the merits.